UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHARMAINE CHRISTIE,

               Plaintiff,

         *-against-*

WINTHROP SOUTH NASSAU UNIVERSITY
HEALTH SYSTEM, INC.,

               Defendant.

Civil Action No.:
17-cv-4058

**RULE 7.1 CORPORATE DISCLOSURE
STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that NYU WINTHROP HOSPITAL sued herein as WINTHROP SOUTH NASSAU UNIVERSITY HEALTH SYSTEM, INC has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       August 30, 2017

                      Respectfully submitted,

                      KAUFMAN BORGEEST & RYAN LLP

                    By:    _Laura B. Juffa_____
                          Laura B. Juffa
                        *Attorneys for Defendant*
                        120 Broadway, 14th Floor
                        New York, New York 10271
                        Telephone: (212) 980-9600
                        Facsimile: (212) 980-9261
                        Email: ljuffa@kbrlaw.com

TO:     (via ECF)

        Walker G. Harman, Jr., Esq.
        Owen H. Laird, Esq.
        THE HARMAN FIRM LLP
        220 Fifth Ave, Suite 900

New York, New York 10001
Telephone: (212) 425-2600

4396288