

October 16, 2017

LAURA B. JUFFA
DIRECT: 646.367.6716
LJUFFA@KBRLAW.COM

<u>VIA ECF</u>

Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

Re: Charmaine Christie v. Winthrop South Nassau University Health System, Inc.
Civil Action No.: 17-cv-4058 (LDW) (ARL)

Dear Judge Lindsay:

We represent Defendant NYU Winthrop sued herein as Winthrop South Nassau University Health System, Inc. Pursuant to the Court's September 11, 2017 Initial Conference Order, we write jointly with Plaintiff's counsel to advise that the parties agree to the dates set forth in the Court's Proposed Pre-Trial Scheduling Order attached to the Initial Conference Order, and there are no other issues that the parties would like to address with the Court. Accordingly, the parties request that the initial conference scheduled for October 18, 2017 be converted to a telephone conference on October 18, 2017 at 1:50 PM.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Laura B. Juffa

cc: (via ECF)
Walker G. Harman, Jr., Esq.
Owen H. Laird, Esq.
THE HARMAN FIRM LLP
*Attorneys for Plaintiff*

NEW YORK    NEW JERSEY    CONNECTICUT    CALIFORNIA

4449371