UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHARMAINE CHRISTIE,

                         Plaintiff,

                                                      **SCHEDULING ORDER**
       -against-                                      17-4058 (ARL)

WINTHROP SOUTH NASSAU UNIVERSITY
HEALTH SYSTEM, INC.,

                        Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

| | |
|---|---|
| **January 18, 2018:** | Deadline for commencement of motion practice for joinder of additional parties or amendment of pleadings. |
| **April 18, 2018:** | All discovery, inclusive of expert discovery, to be concluded. |
| **May 2, 2018:** | Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice. |
| **May 16, 2018:** | Final conference before the undersigned at **11:30 a.m.** Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the undersigned's individual rules, signed by counsel for each party, prior to the conference. |

     This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D).

     All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York           **SO ORDERED:**

                                                             ARLENE ROSARIO LINDSAY
                                                             United States Magistrate Judge